**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Robert F. Mansure, | : | Chapter 13 |
| Debtor | : | Case No. 19-10779-amc |

# ORDER

**AND NOW**, this _____ day of _____, 2019, upon the objection of The Delaware County Tax Claim Bureau to Confirmation of Debtor's Chapter 13 Plan and after the opportunity for a response thereto and a hearing thereon, it is hereby **ORDERED** that Confirmation of the Chapter 13 Plan is **DENIED.**

        **BY THE COURT:**

        _____
        **ASHELY M. CHAN,**
        **UNITED STATES BANKRUPTCY JUDGE**