IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
|     Robert F. Mansure | : | Chapter 13 |
| | : | |
| | : | Case No.  19-10779AMC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Fees filed at Docket Number 26.

Dated:  June 19, 2019                    /s/ Brad J. Sadek, Esquire
                                         Brad J. Sadek, Esquire
                                         Sadek and Cooper
                                         1315 Walnut Street, Suite 502
                                         Philadelphia, PA 19107
                                         215-545-0008