## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Robert F. Mansure,                          :        Chapter 13
           Debtor                     :        Case No. 19-10779-amc

### ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of the Delaware County Tax Claim Bureau in the above case.

                      **TOSCANI & GILLIN, P.C.**

**Dated:   4/9/2020**                       **BY:**  /s/ Stephen V. Bottiglieri
                      Stephen V. Bottiglieri, Esquire
                      230 N. Monroe Street
                      Media, PA 19063
                      Phone (610) 565-2211
                      Fax (610) 565-1846
                      sbottiglieri@toscanigillin.com
                      Counsel to Delaware County Tax Claim Bureau

### WITHDRAWAL OF APPEARANCE

TO THE CLERK:

    Kindly withdraw my appearance on behalf of the Delaware County Tax Claim Bureau in the above case.

                      Respectfully submitted:

                      **TOSCANI & GILLIN, P.C.**

**Dated:   4/9/2020**                       **BY:**  /s/ Leonard B. Altieri, III
                        Leonard B. Altieri, III, Esquire