To: United States Bankruptcy Court for the Eastern District of Pennsylvania

FILED
JUL -8 2020
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

From: Robert F. Mansure
227 E. Greenwood Ave
Lansdowne, PA 19050
Bankruptcy # 19-10779-AMC

751 #
610 213
1189

I am a 82 year old senior citizen, trying to do the right and proper thing by law. I have called my attorneys office (Sadek & Cooper) 1315 Walnut St. Phila, PA 19107 attorney Mathew Lazarus @ 215 545 0008

As of yet my attorney has not got back to me.

I have a hearing on 8/11/20 @ 10 am in Courtroom # 4 a US Bankruptcy Court, Philadelphia 900 Market St. I do plan to attend

It is confusing and scary to receive letters of this kind. And I am extremely upset.

Sincerely,
Robert F. Mansure  — OVER —

I have contacted William C Millon Esq. And informed him that I am up to date on All due payments at 245.00. Asked him to review my records