United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Robert F Mansure  
Debtor

Case No. 19-10779-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3  
Date Rcvd: Apr 12, 2022 Form ID: pdf900 Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Robert F Mansure, 227 E Greenwood Street, Lansdowne, PA 19050-1707 |
| 14269941 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14283272 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14269943 | + | Delaware County Tax, 201 W Front St # 123, Media, PA 19063-2797 |
| 14299665 | + | Delaware County Tax Claim Bureau, C/O LEONARD B. ALTIERI, III, Toscani & Gillin, P.C., 230 N. Monroe Street, Media, PA 19063-2908 |
| 14288301 | + | PNC BANK NATIONAL ASSOCIATION, C/O KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14310119 | + | PNC BANK, N.A., P.O. BOX 94892, CLEVELAND, OH 44101-4892 |
| 14269949 | + | Professional Bureau of Collections of Ma, Attn: Bankruptcy, 5295 Dtc Parkway, Greenwood Village, CO 80111-2752 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 12 2022 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 12 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 12 2022 23:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| NONE | + | Email/Text: duffyk@co.delaware.pa.us | Apr 12 2022 23:44:00 | Delaware County Tax Claim Bureau, Attn: Josephine A. Rizzo, Director, 201 West Front Street, Government Center Building, Media, PA 19063-2700 |
| 14293790 | | Email/PDF: bncnotices@becket-lee.com | Apr 12 2022 23:46:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14269940 | + | Email/PDF: bncnotices@becket-lee.com | Apr 12 2022 23:56:52 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14269941 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 12 2022 23:44:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14283272 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 12 2022 23:44:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14303068 | | Email/PDF: bncnotices@becket-lee.com | Apr 12 2022 23:56:53 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14310240 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2022 23:56:53 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |

| | | | | |
|---|---|---|---|---|
| District/off: 0313-2 | | User: admin | | Page 2 of 3 |
| Date Rcvd: Apr 12, 2022 | | Form ID: pdf900 | | Total Noticed: 24 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14269942 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2022 23:56:45 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14269944 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 12 2022 23:44:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14269945 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 12 2022 23:44:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14275874 | | Email/PDF: cbp@onemainfinancial.com | Apr 12 2022 23:45:56 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14269946 | + | Email/PDF: cbp@onemainfinancial.com | Apr 12 2022 23:56:48 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14269947 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 12 2022 23:44:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14310203 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 12 2022 23:44:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14269948 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 12 2022 23:44:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101-0570 |
| 14305208 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Robert F Mansure brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2022 | Form ID: pdf900 | Total Noticed: 24 |

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Delaware County Tax Claim Bureau steve@bottiglierilaw.com
    ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
ROBERT F MANSURE

Chapter 13

Debtor

Bankruptcy No. 19-10779-ELF

# ORDER

AND NOW, this __12th__ day of __April__, 202_2_ upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____  
Honorable Eric L. Frank  
Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA  19107

Debtor's Attorney:  
BRAD J. SADEK ESQ  
SADEK LAW OFFICE  
1315 WALNUT STREET #502  
PHILADELPHIA, PA 19107-

Debtor:  
ROBERT F MANSURE

227 E. GREENWOOD STREET

LANSDOWNE, PA 19050